# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE EVANS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HUSSEN YAZDANI,<br><br>　　　　　Defendant. | NO. ED CV 18-0850 FMO (PJWx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

　　On August 22, 2018, the court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. (See Dkt. 22, "Court's Order to Show Cause of August 22, 2018"). The court had previously issued Orders to Show Cause on June 29, 2019 (Dkt. 12) and July 20, 2018 (Dkt. 16).

　　A written response to the Court's Order to Show Cause of August 22, 2018, in the form of a proof of service of the summons and complaint on defendant, was ordered to be filed no later than September 11, 2018. As of the filing date of this Order, no response has been filed to the court's Order to Show Cause of August 22, 2018. Accordingly, IT IS ORDERED that the above-captioned case is dismissed without prejudice, for failure to effect service and for lack of prosecution and for failure to comply with the orders of the court, pursuant to Local Rule 41. See

Fed. R. Civ. P. 4 & 41(b); <u>Link v. Wabash R. Co.</u>, 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 15th day of October, 2018.

                                                              /s/
                                      Fernando M. Olguin
                                    United States District Judge