JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| WAYNE EVANS, | ) | NO. ED CV 18-0850 FMO (PJWx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| HUSSEN YAZDANI, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 15th day of October, 2018.

/s/
Fernando M. Olguin
United States District Judge